**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-440 |
| | § | |
| | § | |
| | § | |
| ARTURO CHAVEZ MARTINEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 24).   The

court finds that the interests of justice are served by  granting  this continuance and that those

interests outweigh the interests of the public and the defendants in a speedy trial. The  motion for

continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 27, 2014 |
| Responses are to be filed by: | February 10, 2014 |
| Pretrial conference is reset to**:** | **February 18, 2014  at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 24, 2014 at 9:00 a.m.** |

SIGNED on November 14, 2013, at Houston, Texas.

_____

Lee H. Rosenthal

United States District Judge